IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S. COURTNEY E. COLLIER, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | NO. 02-CV-3574 |
| vs. | : | |
| | : | |
| SEI INVESTMENTS COMPANY, *et al*, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 1st day of October, 2002, it is **ORDERED** that a **PRETRIAL CONFERENCE** shall be held on November 20, 2002, at 3:00 p. m. in Room 4006, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania.

BY THE COURT:

_____
TIMOTHY J. SAVAGE,                J.