IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S. COURTNEY E. COLLIER, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 02-CV-3574 |
| | : | |
| SEI INVESTMENTS COMPANY, TODD CIPPERMAN, EDWARD LOUGHLIN, RICHARD LIEB, KEVIN JOHNSTON, KEVIN ROBINS and MARK NAGLE, | : | |
| Defendants | : | |

## ORDER

AND NOW, this 13th day of January, 2003, upon consideration of the Defendants' Motion to Enforce Subpoena (Docket No. 10) and after a telephone conference with counsel for all parties, including counsel for Access Group, it is **ORDERED** that the motion is **GRANTED**, and Access Group shall produce the Plaintiff's Termination Agreement and General Release requested in defendants' subpoena dated December 4, 2002, no later than January 20, 2003.

TIMOTHY J. SAVAGE, J.