IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S. COURTNEY E. COLLIER : | CIVIL ACTION |
| : | |
| : | |
| v. : | NO. 02-CV-3574 |
| : | |
| : | |
| SEI INVESTMENTS COMPANY, TODD : | |
| CIPPERMAN, EDWARD LOUGHLIN, : | |
| RICHARD LIEB, KEVIN JOHNSTON, : | |
| KEVIN ROBINS and MARK NAGLE : | |

**ORDER**

AND NOW, this 22nd day of January, 2003, upon consideration of the Motion of Defendants to Compel Discovery (Document No. 12), it is **ORDERED** that the defendants' motion is **GRANTED in part and DENIED in part**.[1]  It is **FURTHER ORDERED** that plaintiff shall serve upon counsel for the defendants her answers to Defendants' First Set of Interrogatories and responses to Defendants' First Set of Document Requests no later than February 3, 2003.

TIMOTHY J. SAVAGE, J.

---

[1] Insofar as the defendants' motion seeks sanctions, it is denied at this time.