IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S. COURTNEY E. COLLIER,<br>    Plaintiff | : <br> : <br> : | CIVIL ACTION |
| v. | : <br> : <br> : | NO. 02-CV-3574 |
| SEI INVESTMENTS COMPANY, TODD CIPPERMAN, EDWARD LOUGHLIN, RICHARD LIEB, KEVIN JOHNSTON, KEVIN ROBINS and MARK NAGLE,<br>    Defendants | : <br> : <br> : <br> : <br> : | |

## ORDER

AND NOW, this 10th day of February, 2003, upon consideration of the motion of Defendants SEI Investments Company ("SEI"), Todd Cipperman, Edward Loughlin, Richard Lieb, Kevin Johnston, Kevin Robins and Mark Nagle (collectively "Defendants") for sanctions (Document No. 14) and after a telephone conference with counsel for all parties, the motion is **DENIED AS MOOT**.

                               TIMOTHY J. SAVAGE, J.