IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S. COURTNEY E. COLLIER, | : | CIVIL ACTION |
| Plaintiff | : | |
| | : | |
| v. | : | NO. 02-CV-3574 |
| | : | |
| | : | |
| SEI INVESTMENTS COMPANY, TODD | : | |
| CIPPERMAN, EDWARD LOUGHLIN, | : | |
| RICHARD LIEB, KEVIN JOHNSTON, | : | |
| KEVIN ROBINS and MARK NAGLE, | : | |
| Defendants | : | |

## ORDER

**AND NOW**, this 8th day of April, 2003, upon consideration of the plaintiff's Motion to Extend Discovery (Document No. 16) and the Defendants' Opposition to Plaintiff's Motion to Extend Discovery (Document No. 17), it is **ORDERED** that the motion is **DENIED**.

TIMOTHY J. SAVAGE, J.