IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S. COURTNEY E. COLLIER,<br>　　　　　**Plaintiff** | : <br> : <br> : | **CIVIL ACTION** |
| v. | : <br> : <br> : | **NO. 02-CV-3574** |
| SEI INVESTMENTS COMPANY, TODD<br>CIPPERMAN, EDWARD LOUGHLIN,<br>RICHARD LIEB, KEVIN JOHNSTON,<br>KEVIN ROBINS and MARK NAGLE,<br>　　　　　**Defendants** | : <br> : <br> : <br> : <br> : | |

## ORDER

**AND NOW**, this 4th day of June, 2003, it is **ORDERED** that the **FINAL PRETRIAL CONFERENCE** is rescheduled for Monday, **June 30, 2003, at 2:00 p.m.**

　　　　　　　　　　　　　　　　　　　　　　　TIMOTHY J. SAVAGE, J.