IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S. COURTNEY E. COLLIER | : | CIVIL ACTION |
| v. | : | |
| SEI INVESTMENTS COMPANY, et al. | : | NO. 02-3574 |

## ORDER

AND NOW, this 19th day of June, 2003, it is hereby **ORDERED** by the Court that the **Settlement Conference** which was scheduled for June 25, 2003, will now be held on **June 26, 2003**, at **2:00 p.m.** in Room 3030, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania 19106.

Attorneys are directed to be prepared to discuss their clients' positions in this matter and the status of settlement negotiations to date. Each attorney appearing for a party must have the authority to settle on behalf of his/her client.

The parties are to be present.

BY THE COURT:

M. FAITH ANGELL
UNITED STATES MAGISTRATE JUDGE