IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| S. COURTNEY E. COLLIER,<br><br>      Plaintiff<br><br>      v.<br><br>SEI INVESTMENTS COMPANY, TODD CIPPERMAN, EDWARD LOUGHLIN, RICHARD LIEB, KEVIN JOHNSTON, KEVIN ROBINS and MARK NAGEL,<br><br>      Defendants | Civil Action<br><br>No. 02-3574 |

**MEMORANDUM OF LAW IN SUPPORT
OF PLAINTIFF'S RESPONSE TO
DEFENDANTS' MOTION *IN LIMINE***

**I.  INTRODUCTION**

      The present action presents a race and gender based discrimination and retaliation claims for declaratory, injunctive, monetary and other appropriate relief and is brought by Plaintiff, S. Courtney E. Collier, Esquire ("Plaintiff" or "Collier") against her former employer, SEI Investments Company ("SEI"), a multi-billion dollar investment services company, and Todd Cipperman ("Cipperman"), Edward Loughlin ("Loughlin"), Richard Lieb ("Lieb"), Kevin Johnston ("Johnston"), Kevin Robins ("Robins") and Mark Nagel ("Nagel") (hereinafter collectively "Defendants"), several of SEI's executives who aided and abetted her employers actions, pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000(e), *et seq.*, as amended by the Civil Rights Act of 1991 at 42 U.S.C. § 1981(a) (hereinafter "Title VII") the Civil Rights Act of 1866, 42 U.S.C. § 1981 ("§ 1981") and the Pennsylvania Human Relations Act, 43 P.S. § 951 *et seq.* ("PHRA").  It is alleged that as a result of her race and gender, Collier was subjected to discriminatory and disparate

treatment while employed as an attorney in the legal department at SEI and was discriminatorily removed from her position as an attorney, demoted to a position of Vendor Manager and not hired/promoted to a another position more suitable to her qualifications.  It is also averred that Collier had averred that she was adversely treated and ultimately terminated in retaliation for her asserting internal and then external complaints about racially-based and gender-based discriminatory employment practices at SEI.

On or about May 19, 2003, defendants filed a Motion for Summary Judgment.  Plaintiff filed her response in opposition to that Motion on June 5, 2003.  That Motion is pending disposition by this Court.  Defendants now seek to have evidence regarding (1) allegations by current or former employees of SEI that SEI discriminated against them, (2) a confidential compensation analysis performed by SEI in 1999, (3) evidence relating to the composition of SEI's Vision Task Force and the invitees to SEI's 2001 Leadership Club, and (4) evidence, including a photograph, relating to the theme of a costume event held during SEI's 2001 Leadership Club excluded from admission at the trial, claiming that all of this evidence is not relevant to the issues in plaintiff's case and that the probative value of the evidence is outweighed by its potential prejudicial effect.  Plaintiff opposes defendant's Motion on the basis that the compensation analysis provides evidence that plaintiff was treated less favorably than the Caucasian male attorneys, and that the additional evidence defendant seeks to exclude is probative of both a pattern and practice of race and gender discrimination at SEI and of a corporate culture which permits such discrimination to be tolerated.

## II. DISCUSSION

### A. Legal Standards

Federal Rule of Evidence 402 states:

> All relevant evidence is admissible, except as otherwise provided by the Constitution of the United States, by Act of Congress, by these rules, or by other rules prescribed by the Supreme Court pursuant to statutory authority. Evidence which is not relevant is not admissible.

Federal Rule of Evidence 403 allows evidence to be excluded only if its probative value is **substantially** outweighed by the danger of unfair prejudice, a confusion of the issues, or a misleading the jury.

### B. Evidence Regarding The Discriminatory Treatment Of Other Employees Is Relevant To Demonstrate A Pattern And Practice Of Discrimination

Defendant first seeks to preclude evidence regarding discriminatory treatment suffered by other female and African American employees of SEI claiming that such evidence is not probative of plaintiff's individual claims of disparate treatment and because it is unfairly prejudicial. In support of this argument, defendants cite and rely on a 20 year old decision issued from the United States District Court for the Eastern District of Pennsylvania in the pattern and practice case of *Moorhouse v. Boeing Co.*, 501 F.Supp. 390 (E.D.Pa.), *aff'd mem*, 639 F.2d 774 (3d Cir. 1980), and cases cited therein.

Defendants' reliance on *Moorhouse* and the other cases they cite is misplaced in light of subsequent decisions of the Third Circuit Court of Appeals, including *West v. Philadelphia Electric Company*, 45 F.3d 744 (3d Cir. 1995), *Abrams v. Lightolier*, 50 F.3d 1024 (3d Cir. 1995), and *Aman v. Cort Furniture Rental Corporation*, 85 F.3d 1074,

1085 (3d Cir. 1996), all of which recognize that evidence of prior acts of discrimination is properly admitted to show the employer's motive.

An argument identical to that asserted by defendant was raised in *Abrams*, wherein the Court of Appeals affirmed the decision of the trial court which allowed the testimony of five other older former Lightolier employees who alleged that they too had been discriminated against on the basis of their age. Addressing the issues in identical fashion to the defendant herein, the company claimed that allowing this testimony was error, citing F.R.E. 401 and F.R.E. 403 and the *Moorhouse* decision. The Third Circuit declined to cite as error this action of the court below based on its conclusion that the evidence was offered not to show a pattern and practice of age discrimination, but to show age animus on the part of the decision makers. *Abrams v. Lightolier, supra.*, 50 F.3d at 1215, n. 12. In addition, the Court specifically rejected Lightolier's argument that the testimony was overly prejudicial because it "created the possibility that the jury would find against the employer on the basis of these accusations without finding that it had discriminated against Abrams." *Id.*

In the present matter, plaintiff intends to present evidence regarding the treatment of other African American and female employees to show race and gender animus on the part of the decision makers in this matter. As in *Abrams, West* and *Aman*, such evidence is properly admissible to show the decision makers' motive and is not unduly prejudicial. Therefore, defendant's Motion to preclude evidence regarding

4

the fact of and circumstances surrounding the treatment of other African American and female employees of SEI should be denied.[1]

### C. The Information In The 1999 Confidential Compensation Analysis Is Probative To Show That Plaintiff's Compensation Was Substantially Lower Than That Of The Caucasian Male Attorneys With Whom She Worked

Defendants also seek the exclusion of a confidential compensation analysis performed by SEI in 1999 which shows that plaintiff's salary was over $33,000.00 lower than the average salary of the Caucasian attorneys with whom she worked on the basis that the analysis is not probative of intentional race discrimination.[2] Defendant also bases its argument on the fallacious assertion that plaintiff admitted she was compensated fairly during her employment with SEI. Defendants' arguments misrepresent plaintiff's testimony and misapprehend plaintiff's purpose in seeking to introduce the compensation analysis.

Plaintiff intends to introduce the compensation analysis into evidence to demonstrate that she was treated less favorably than the Caucasian attorneys in her department. As such, that document is direct evidence of how her salary compared to that of her Caucasian counterparts and will not be offered as "statistical evidence" for the purpose of establishing an inference of race discrimination, but as direct evidence that her compensation was substantially lower than that of her Caucasian counterparts

---

[1] Plaintiff anticipates presenting this evidence through her own testimony regarding treatment of other employees which she witnessed. In addition, plaintiff intends to introduce the testimony of another former SEI employee, Dierdre Callahan, who will testify about the disparate treatment of female employees at SEI generally as well as the discriminatory treatment of plaintiff as witnessed by Ms. Callahan.

[2] The copy of the compensation analysis attached to defendants' Motion is not the one plaintiff intends to submit as evidence. Plaintiff has marked as a trial exhibit and intends to introduce the compensation analysis which is attached to Plaintiff's Counter-statement of Undisputed Facts as Exhibit "K" (attached hereto as Exhibit "A"). That document clearly identifies plaintiff and her salary as well as her department, job title and the race, gender, job title and salary of each of the other individuals in her department.

and that the disparity shown in that regard was typical of the wage treatment accorded to the minorities.

In addition, defendants incorrectly assert that plaintiff admits she was fairly compensated. What plaintiff admitted in response to Defendants' Request for Admissions is that when she was hired at SEI her "salary was appropriate, in light of her skills and prior experience." She was not asked nor did she admit that she believed her salary to be fair when compared to that of the Caucasian attorneys in the department. Therefore, the compensation analysis is directly relevant to her disparate treatment claims.

Contrary to defendants' assertions, the compensation analysis presents direct evidence that plaintiff was treated less favorably than the Caucasian attorneys in her department. Therefore, it is relevant to plaintiff's claims and defendants' request that plaintiff be precluded from introducing the compensation analysis at trial should be denied.

**D.    Evidence Relating To the Composition Of SEI's Vision Task Force And The Composition Of The List Of Invitees to SEI's Leadership Club Is Relevant To Demonstrate The Exclusion Of Minorities From Leadership Positions And From Prestigious Perquisites Provided To Caucasian Employees Of The Company**

Defendants seek to preclude the introduction of evidence regarding: 1) the composition of SEI's Vision Task Force, a group of employees enlisted to formulate the direction and procedure for a major restructuring SEI implemented in 2000 and 2001; and 2) the composition of the list of invitees to SEI's 2001 Leadership Club, a paid vacation trip for selected employees and their families which is viewed as a significant perquisite and recognition of outstanding service. The asserted basis for defendants'

request is that this evidence is not probative of the issues presented in this case. It is respectfully suggested that defendants' argument simply misrepresents the nature of the evidence plaintiff proposes to introduce as well as the issues in plaintiff case.

Defendants characterize the lists of employees in SEI's Vision Task Force and invitees to the Leadership Club as demonstrating that "a disproportionately low number of minority employees were invited to participate in SEI's Vision Task Force and SEI's Leadership Club." Defendant's Motion *In Limine*, ¶3. In fact, the list of members in the SEI Vision Task Force demonstrates that every member of that Task Force was Caucasian, and that minority employees were not merely "under-represented," they were excluded completely. Similarly, of two hundred twenty-two invitees to the Leadership Club,[3] only four or five were minorities, including only two African Americans, and only fifty-five were women. Of the five employees invited by plaintiff's supervisor, Todd Cipperman, all were Caucasian. Such evidence of the virtual exclusion of minorities from such important activities is clearly probative of SEI's pattern and practice of treating African American and female employees less favorably than it treats Caucasian and male employees.

Defendant's contention that the prejudicial nature of these lists outweighs their probative value is equally unavailing. While defendant correctly asserts that introduction of these lists will be prejudicial to defendants' position in that they demonstrate SEI's exclusion of minorities and female employees (as would any evidence tending to show SEI's pattern and practice of race and gender discrimination), such evidence is neither unfair nor will it mislead the jury. In *Abrams v. Lightolier, supra.*, 50 F.3d at 1215, n. 12,

---

[3]Defendants' Exhibit I only contains the first five pages of the six page list.

the Court specifically rejected Lightolier's argument that the testimony was overly prejudicial because it "created the possibility that the jury would find against the employer on the basis of these accusations without finding that it had discriminated against Abrams. *Id.*

The lists of employees in SEI's Vision Task Force and invitees to SEI's Leadership Task Force are relevant to show SEI's pattern and practice of excluding minorities and female employees from leadership roles and from prestigious perquisites provided to Caucasian employees of the company. The probative value of those lists will not be <u>substantially</u> outweighed by the possible prejudice to the company. Therefore, SEI's request that those lists be precluded must be denied.

### E.  Evidence Relating To A Photograph Taken Of An Event Held During SEI's 2001 Leadership Club Trip Is Probative Of A Corporate Culture Which Allows Race Discrimination To Be Tolerated

Finally, defendants seek to exclude a photograph taken during a costume ball held at a former plantation in Natchez Mississippi during SEI's 2001 Leadership Club trip on the basis that the photograph and the event are not relevant to plaintiff's claims and that the probative value of that evidence is outweighed by the danger of unfair prejudice. The photograph in question shows that the attendees were dressed in Ante-bellum costumes, including a significant number of Confederate officer dress uniforms. It also shows that the attendees were being entertained by an all African American choir which was located on a balcony above and removed from the attendees and was singing gospel songs during the event. All of these circumstances demonstrate a blatant insensitivity to employees of African American decent and racial animus resulting from SEI policies.

In claiming that the photograph and other evidence regarding this event are not relevant to plaintiff's claims, defendants conveniently fail to note that the theme of the event was chosen by SEI's President, Al West, and his wife, and that, during the previous Leadership Club ball, at which attendees were told to dress as their favorite American, Mr. West chose to come dressed as Robert E. Lee.

More importantly, courts, including the United States Court of Appeals for the Third Circuit, have recognized that the president of an organization has significant influence on the attitudes of that organization. *Roebuck v. Drexel University*, 852 F.2d 715, 733 (3d Cir. 1988). Mr. West's choice of costume for the 1999 Leadership Club ball and his and his wife's choice of theme for the 2001 Leadership Club ball clearly evidences a corporate culture which at best tolerates and at worst fosters discrimination on the basis of race. Evidence of those choices, including the photograph of the 2001 ball which shows a significant number of employees dressed in Confederate officer dress uniforms and an all African American choir segregated on a balcony of a former southern plantation from the all-white attendees, is undisputably relevant as evidence of that corporate culture and the alleged pattern and practice of race discrimination at SEI.

While the photograph and the actions which it relates certainly does depict a corporate culture which tolerates or even fosters race discrimination, it is neither untruthful nor not make that evidence unfairly prejudicial as to require its preclusion. *See, Abrams v. Lightolier, supra.*, 50 F.3d at 1215, n. 12.[4]

It is respectfully suggested that the proferred evidence regarding the 1999 and 2001 Leadership Club balls is, in fact, relevant to demonstrate SEI's corporate culture

---

[4]Defendants state, but fail to explain, how the photograph would be "cumulative." Therefore, that contention should also be rejected.

as established by its President, and is probative of SEI's alleged pattern and practice of race discrimination. The probative value of that evidence is not substantially outweighed by any potential unfair substantial prejudice to defendants and therefore, defendants' request to have that evidence precluded must be denied.

### IV. CONCLUSION

All of the evidence defendants seek to preclude is relevant to demonstrating either the disparate treatment to which plaintiff was subjected, or how that disparate treatment results from a pattern and practice of race and gender discrimination at SEI. The probative value of that evidence is not substantially outweighed by any substantial prejudice to defendants, therefore, it is respectfully suggested that defendants' Motion *In Limine* must be denied in its totality.

Respectfully submitted,

**SPECTOR GADON & ROSEN, P.C.**

By: _____
Alan B. Epstein, Esquire
Jennifer L. Myers, Esquire
Attorneys for plaintiff

Seven Penn Center
1635 Market Street, 7th Floor
Philadelphia, PA 19103
215-241-8888

Dated: June 23, 2003

10

## CERTIFICATE OF SERVICE

I, Jennifer L. Myers, hereby certify that a true and correct copy of Memorandum of Law in Support of Plaintiff's Response to Defendants' Motion in Limine has been served via United States first-class mail, this 23rd day of June, 2003, upon the following:

>Michael Banks, Esquire
>Jennifer C. Bell, Esquire
>Morgan Lewis & Bockius, LLP
>1701 Market Street
>Philadelphia, PA 19103-2921

*/s/ Jennifer L. Myers*
JENNIFER L. MYERS, ESQUIRE

Dated: June 23, 2003

**EXHIBIT A**

ATTORNEY-CLIENT PRIVILEGED
SEI Investments, Inc.

Compensation Analysis Detail
Average Salary and Years at Company By Market/Group and Job Code
Minority v NonMinority

Page 1 of 7

| Market/Group | Job Code | Min/NonMin | Base+Draw (Annual) | Hire Date | First Name | Last Name | Race | Sex | New EEO | Old Position |
|---|---|---|---|---|---|---|---|---|---|---|
| 130/10 | Management Team Member Level 2 | Min | $75,000.00 | 6/1/98 | SHEILA COURTNEY | COLLIER | Black | F | 2 | LEGAL COUNSEL, VICE PRESIDENT |
| | | Min Average | $75,000.00 | 6/1/98 | | | | | | |
| 130/10 | Management Team Member Level 2 | NonMin | $81,900.00 | 7/25/83 | SANDRA | ORLOW | White | F | 2 | VICE PRESIDENT |
| 130/10 | Management Team Member Level 2 | NonMin | $85,000.00 | 3/5/98 | LYDIA | GAVALIS | White | F | 2 | LEGAL COUNSEL, VICE PRESIDENT |
| 130/10 | Management Team Member Level 2 | NonMin | $100,000.00 | 1/5/98 | JOSEPH | O DONNELL | White | M | 2 | LEGAL COUNSEL, VICE PRESIDENT |
| 130/10 | Management Team Member Level 2 | NonMin | $130,000.00 | 4/28/95 | TODD | CIPPERMAN | White | M | 2 | LEGAL COUNSEL, VICE PRESIDENT |
| 130/10 | Management Team Member Level 2 | NonMin | $145,000.00 | 3/30/98 | LYNDA | STRIEGEL | White | F | 2 | VICE PRESIDENT |
| | | NonMin Average | $108,380.00 | 8/30/94 | | | | | | |
| 181/30 | Management Team Member Level 1 | Min | $30,000.00 | 1/12/98 | ZAKIYA | CARTER | Black | F | 3 | PROGRAMMER/ANALYST |
| 181/30 | Management Team Member Level 1 | Min | $48,000.00 | 11/29/93 | MALIK | BENIN | Black | M | 2 | OPERATIONS ANALYST |
| | | Min Average | $39,000.00 | 12/21/95 | | | | | | |
| 181/30 | Management Team Member Level 1 | NonMin | $62,000.00 | 3/16/98 | WENDY | ZIMMERMAN | White | F | 2 | BUSINESS SYSTEMS ANALYST |
| 181/30 | Management Team Member Level 1 | NonMin | $62,700.00 | 9/29/97 | JOHN | HAND | White | M | 2 | SOFTWARE SUPPORT ANALYST |
| 181/30 | Management Team Member Level 1 | NonMin | $68,000.00 | 7/12/93 | MARTIN | CORNMAN | White | M | 2 | SYSTEMS ANALYST |
| 181/30 | Management Team Member Level 1 | NonMin | $85,000.00 | 8/2/93 | JEFFREY | LOUDERMILK | White | M | 2 | BUSINESS SYSTEMS ANALYST |
| | | NonMin Average | $69,425.00 | 10/7/95 | | | | | | |
| 20/10 | Management Team Member Level 1 | Min | $37,000.00 | 4/16/84 | CANDICE | TAYLOR | Black | F | 2 | SENIOR ANALYST |
| 20/10 | Management Team Member Level 1 | Min | $70,000.00 | 3/16/95 | YEE KWONG | CHAN | Asian | M | 2 | TAX ANALYST |
| | | Min Average | $53,500.00 | 9/30/89 | | | | | | |
| 20/10 | Management Team Member Level 1 | NonMin | $31,000.00 | 6/9/97 | PANAGIOTIS | ZOGRAFAKIS | White | M | 2 | STAFF ACCOUNTANT |
| 20/10 | Management Team Member Level 1 | NonMin | $37,500.00 | 3/20/95 | MARIANNE | BAMFORD | White | F | 2 | BUSINESS ANALYST |
| 20/10 | Management Team Member Level 1 | NonMin | $38,500.00 | 11/7/83 | NANCY | VENEZIA | White | F | 2 | ANALYST |
| 20/10 | Management Team Member Level 1 | NonMin | $53,500.00 | 8/8/94 | JONATHAN | YURCHAK | White | M | 2 | REVENUE TEAM LEADER |
| 20/10 | Management Team Member Level 1 | NonMin | $54,000.00 | 7/9/90 | MARIE | COMBER | White | F | 2 | SR. TAX ANALYST |
| 20/10 | Management Team Member Level 1 | NonMin | $55,000.00 | 2/27/95 | SHARON | FOX-MYERS | White | F | 2 | REVENUE TEAM ANALYST |
| 20/10 | Management Team Member Level 1 | NonMin | $61,500.00 | 9/18/95 | EUGENIA | FERGUSON | White | F | 2 | REVENUE TEAM LEADER |
| 20/10 | Management Team Member Level 1 | NonMin | $63,000.00 | 12/3/90 | BETH | LYNCH | White | F | 2 | TAX ANALYST |
| 20/10 | Management Team Member Level 1 | NonMin | $63,000.00 | 8/16/93 | THOMAS | TRAINER | White | M | 2 | SENIOR TAX ANALYST |
| | | NonMin Average | $50,777.78 | 1/1/93 | | | | | | |
| 20/20 | Management Team Member Level 1 | Min | $40,000.00 | 12/7/92 | REENA | REWARI | Asian | F | 2 | SUPERVISOR |
| | | Min Average | $40,000.00 | 12/7/92 | | | | | | |


PLAINTIFFS EXHIBIT 64

P 00321

ATTORNEY-CLIENT PRIVILEGED
SEI Investments, Inc.

Compensation Analysis Detail
Average Salary and Years at Company By Market/Group and Job Code
Minority v NonMinority

Page 2 of 7

| Market/Group | Job Code | Min/NonMin | Base+Draw (Annual) | Hire Date | First Name | Last Name | Race | Sex | New EEO | Old Position |
|---|---|---|---|---|---|---|---|---|---|---|
| 20/20 | Management Team Member Level 1 | NonMin | $28,000.00 | 11/22/96 | SUSAN | CHAPMAN | White | F | 5 | ANALYST |
| 20/20 | Management Team Member Level 1 | NonMin | $31,000.00 | 4/20/98 | COLLEEN | LOBEL | White | F | 2 | ANALYST |
| 20/20 | Management Team Member Level 1 | NonMin | $31,000.00 | 5/15/97 | SANDRA | CRAWFORD | White | F | 2 | STAFF ACCOUNTANT |
| 20/20 | Management Team Member Level 1 | NonMin | $33,000.00 | 9/29/80 | ROBIN KAY | MARCHESE | White | F | 2 | SENIOR ANALYST |
| 20/20 | Management Team Member Level 1 | NonMin | $34,500.00 | 9/25/89 | MONICA | SULLIVAN | White | F | 2 | BUSINESS ANALYST |
| 20/20 | Management Team Member Level 1 | NonMin | $40,000.00 | 4/20/98 | VALERIE | DIFILIPPO | White | F | 2 | STAFF ACCOUNTANT |
| 20/20 | Management Team Member Level 1 | NonMin | $41,500.00 | 8/19/96 | BETH ANN | DURNING | White | F | 2 | STAFF ACCOUNTANT |
| 20/20 | Management Team Member Level 1 | NonMin | $42,500.00 | 8/3/94 | CHARLOTTE | CARRE' | White | F | 2 | ANALYST |
| 20/20 | Management Team Member Level 1 | NonMin | $52,000.00 | 5/21/90 | MARK | WARNER | White | M | 2 | SENIOR ANALYST |
| 20/20 | Management Team Member Level 1 | NonMin | $59,000.00 | 10/18/93 | SHARON | BONAS | White | F | 2 | PURCHASING MANAGER |
| 20/20 | Management Team Member Level 1 | NonMin | $61,000.00 | 8/3/92 | KAREN | HALLE | White | F | 2 | TEAM LEADER |
| 20/20 | Management Team Member Level 1 | NonMin | $75,000.00 | 12/12/88 | ROBERT | SILVESTRI | White | M | 2 | FINANCIAL REPORTING MANAGER |
| | | NonMin Average | $44,041.67 | 3/10/93 | | | | | | |
| 210/30 | Operations Team Member Level 1 | Min | $28,500.00 | 3/2/98 | QASSIM | AL JORANI | Other | M | 5 | TRANSFER ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | Min | $33,000.00 | 6/23/98 | ANGELA | WANYANDEH | Black | F | 2 | ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | Min | $35,000.00 | 7/28/97 | AMIT | DOGRA | Asian | M | 2 | ACCOUNT ADMINISTRATOR |
| | | Min Average | $32,166.67 | 1/26/98 | | | | | | |
| 210/30 | Operations Team Member Level 1 | NonMin | $28,000.00 | 3/23/98 | FRANK | ROSALA | White | M | 2 | ACCOUNT ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $28,000.00 | 6/15/98 | EDWARD | MAHON | White | M | 2 | ACCOUNT ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $29,000.00 | 3/9/98 | BRIAN | MURPHY | White | M | 2 | ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $29,200.00 | 8/25/97 | DENNIS | KOZUBAL | White | M | 2 | TRANSFER ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $30,000.00 | 9/9/96 | JINNY | GREISS | White | F | 2 | ACCOUNT ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $30,000.00 | 9/30/96 | ROBERT | STILES | White | M | 2 | FUND ACCOUNTANT |
| 210/30 | Operations Team Member Level 1 | NonMin | $31,000.00 | 7/29/96 | HUGH | O DONNELL | White | M | 2 | MUTUAL FUND ANALYST |
| 210/30 | Operations Team Member Level 1 | NonMin | $31,500.00 | 5/13/96 | MATTHEW | MC CLOSKEY | White | M | 2 | ACCOUNT ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $33,500.00 | 12/20/93 | JOSEPH | WEIR | White | M | 2 | ACCOUNT ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $34,000.00 | 9/6/95 | EDWARD | MC LAUGHLIN | White | M | 2 | MUTUAL FUND ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $35,000.00 | 10/20/97 | BRETT | CHESMAR | White | M | 2 | MUTUAL FUND ANALYST |
| 210/30 | Operations Team Member Level 1 | NonMin | $36,500.00 | 10/11/94 | JOHN | CARSON | White | M | 2 | ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $37,000.00 | 3/2/98 | KEITH | CADDEN | White | M | 2 | SUPERVISOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $38,000.00 | 9/19/96 | MARY | FARRELL | White | F | 2 | ACCOUNT ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $38,500.00 | 8/24/95 | MARK | RAUDENBUSH | White | M | 2 | SALES ASSOCIATE |
| 210/30 | Operations Team Member Level 1 | NonMin | $39,520.00 | 2/21/96 | CHRISTOPHER | VAN ZANDT | White | M | ??? | INTERN |
| 210/30 | Operations Team Member Level 1 | NonMin | $40,000.00 | 11/16/87 | KRISTEN | DELANEY | White | F | 2 | CORPORATE EVENTS MANAGER |
| 210/30 | Operations Team Member Level 1 | NonMin | $47,500.00 | 3/17/93 | BERNICE | MORGAN | White | F | 2 | TRUST RECON. SPECIALIST |
| 210/30 | Operations Team Member Level 1 | NonMin | $50,000.00 | 8/8/94 | ALEXANDROS | CONDEELIS | White | M | 2 | SERVICES DIRECTOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $50,000.00 | 10/4/93 | DEREK | ZELLER | White | M | 2 | CORP. ACTIONS ADMINISTRATOR |
| 210/30 | Operations Team Member Level 1 | NonMin | $63,000.00 | | CHRISTOPHER | GIBBONS | White | M | 2 | ASSOCIATE CUSTODY MANAGER |
| | | NonMin Average | $37,105.71 | 6/21/95 | | | | | | |



ATTORNEY-CLIENT PRIVILEGED
SEI Investments, Inc.

Compensation Analysis Detail
Average Salary and Years at Company By Market/Group and Job Code
Minority v NonMinority

Page 3 of 7

| Market/Group | Job Code | Min/NonMin | Base+Draw (Annual) | Hire Date | First Name | Last Name | Race | Sex | New EEO | Old Position |
|---|---|---|---|---|---|---|---|---|---|---|
| 260/70 | Service Team Member Level 1 | Min | $49,059.00 | 2/21/90 | ROY | PEPITO | Hisp | M | 2 | LEAD PROCESSING COORDINATOR |
| | | Min Average | $49,059.00 | | | | | | | |
| 260/70 | Service Team Member Level 1 | NonMin | $35,091.00 | 2/20/84 | ELENA | POKORNY | White | F | 2 | ADMINISTRATIVE ASSISTANT |
| 260/70 | Service Team Member Level 1 | NonMin | $37,500.00 | 3/26/97 | KELLY | KEOHANE | White | F | 2 | MARKETING REPRESENTATIVE |
| 260/70 | Service Team Member Level 1 | NonMin | $42,000.00 | 5/13/91 | MICHAEL | DUGAN | White | M | 2 | SERVICE SPECIALIST |
| 260/70 | Service Team Member Level 1 | NonMin | $46,000.00 | 6/8/87 | CHRISTINE | HAHN | White | F | 2 | PRODUCTION ANALYST |
| 260/70 | Service Team Member Level 1 | NonMin | $46,140.00 | 9/5/89 | BETH | PIETRZAK | White | F | 2 | PRODUCTION COORDINATOR |
| 260/70 | Service Team Member Level 1 | NonMin | $47,97 | 4/7/97 | JANET | SPAVENTA | White | F | 2 | ACCOUNT REPRESENTATIVE |
| 260/70 | Service Team Member Level 1 | NonMin | $47,000.00 | 7/30/96 | KIM | PETERSON | White | F | 2 | ACCOUNT REPRESENTATIVE |
| 260/70 | Service Team Member Level 1 | NonMin | $48,000.00 | 3/9/98 | ALEC | KNIGHT | White | M | 2 | OPERATIONS MANAGER |
| 260/70 | Service Team Member Level 1 | NonMin | $49,000.00 | 8/20/97 | JAMES | MARQUET | White | M | 2 | ACCOUNT REPRESENTATIVE |
| 260/70 | Service Team Member Level 1 | NonMin | $50,000.00 | 12/8/97 | RHONDA | COOK | White | F | 2 | ACCOUNT REPRESENTATIVE |
| 260/70 | Service Team Member Level 1 | NonMin | $50,000.00 | 3/2/98 | JOEL | BUFFARDI | White | M | 2 | ACCOUNT REPRESENTATIVE |
| 260/70 | Service Team Member Level 1 | NonMin | $51,000.00 | 5/11/97 | PAUL | LENTINI | White | M | 2 | ACCOUNT ADMINISTRATOR |
| 260/70 | Service Team Member Level 1 | NonMin | $55,000.00 | 10/14/91 | REBECCA | SNYDER | White | F | 2 | ASSOC. ACCOUNT EXEC. |
| 260/70 | Service Team Member Level 1 | NonMin | $55,000.00 | 7/7/98 | MARK | THOMPSON | White | M | 2 | ACCOUNT REPRESENTATIVE |
| 260/70 | Service Team Member Level 1 | NonMin | $55,250.00 | 3/11/96 | KATHLEEN | HOOPES | White | F | 2 | PRODUCT MANAGER |
| 260/70 | Service Team Member Level 1 | NonMin | $56,000.00 | 7/23/90 | MARK | SCHLICHTMANN | White | M | 2 | ACCOUNT REPRESENTATIVE |
| 260/70 | Service Team Member Level 1 | NonMin | $63,000.00 | 7/1/96 | ROBERT | HANNA | White | M | 2 | SERVICE SPECIALIST |
| 260/70 | Service Team Member Level 1 | NonMin | $65,000.00 | 1/11/78 | MARK | GLENDENNING | White | M | 2 | ACCOUNT DIRECTOR |
| 260/70 | Service Team Member Level 1 | NonMin | $73,500.00 | 8/12/93 | RICHARD | WEBER | White | M | 2 | PROJECT MANAGER SERVICE |
| | | NonMin Average | $51,130.58 | | | | | | | |
| 30/30 | Management Team Member NonExempt | Min | $18,015.00 | 11/1/90 | HERBERT | BRACY | Black | M | 9 | SECURITY GUARD |
| 30/30 | Management Team Member NonExempt | Min | $19,667.34 | 9/10/90 | BRUCE | MAYES | Black | M | 9 | SECURITY GUARD (36 HRS) |
| | | Min Average | $18,841.17 | | | | | | | |
| 30/30 | Management Team Member NonExempt | NonMin | $19,350.00 | 10/6/90 | DARLENE | SINGLETON | White | F | 9 | SECURITY GUARD |
| 30/30 | Management Team Member NonExempt | NonMin | $20,041.00 | 2/22/97 | JOHN | MC CANN | White | M | 9 | SECURITY GUARD |
| 30/30 | Management Team Member NonExempt | NonMin | $20,800.00 | 9/3/96 | STEPHANIE | VUOLO | White | F | 5 | INTERN |
| 30/30 | Management Team Member NonExempt | NonMin | $21,514.42 | 6/23/98 | WALTER | SINGLETON, JR | White | M | 9 | SECURITY GUARD (36 HRS) |
| 30/30 | Management Team Member NonExempt | NonMin | $21,528.00 | 6/11/91 | WILLIAM | GAUGER | White | M | 9 | SECURITY GUARD |
| 30/30 | Management Team Member NonExempt | NonMin | $28,662.00 | 7/12/93 | WALTER SCOTT | ROYER | White | M | 9 | MATERIAL HANDLER |
| 30/30 | Management Team Member NonExempt | NonMin | $30,072.22 | 1/4/82 | PAUL | EAGENS | White | M | 9 | ASSISTANT SUPERVISOR |
| 30/30 | Management Team Member NonExempt | NonMin | $31,500.00 | 10/8/83 | KEITH | MOYER | White | M | 7 | MAINTENANCE MECHANIC |
| 30/30 | Management Team Member NonExempt | NonMin | $31,850.00 | 7/31/89 | FRED | DRUMMOND | White | M | 7 | MAINTENANCE MECHANIC |
| 30/30 | Management Team Member NonExempt | NonMin | $35,651.00 | 9/2/97 | FREDERICK | ARNOLD | White | M | 9 | GROUP LEADER |
| 30/30 | Management Team Member NonExempt | NonMin | $44,412.00 | 7/5/78 | WILLIAM | MONZO | White | M | 6 | LEAD MAINTENANCE MECHANIC |
| | | NonMin Average | $27,761.88 | 4/21/90 | | | | | | |


PLAINTIFF'S EXHIBIT 6(b)

Case 2:02-cv-03574-TJS   Document 30-2   Filed 06/23/2003   Page 16 of 19

ATTORNEY-CLIENT PRIVILEGED
SEI Investments, Inc.

Compensation Analysis Detail
Average Salary and Years at Company By Market/Group and Job Code
Minority v NonMinority

Page 4 of 7

| Market/Group | Job Code | Min/NonMin | Base+Draw (Annual) | Hire Date | First Name | Last Name | Race | Sex | New EEO | Old Position |
|---|---|---|---|---|---|---|---|---|---|---|
| 420/30 | Operations Team Member Level 1 | Min | $30,000.00 | 1/5/98 | HECTOR | BERDECIA | Hisp | M | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | Min | $40,000.00 | 2/17/98 | RONALD | THOMAS | Black | M | 2 | CLIENT SERVICE ADMINISTRATOR |
| | | Min Average | $35,000.00 | 1/26/98 | | | | | | |
| 420/30 | Operations Team Member Level 1 | NonMin | $30,000.00 | 3/2/98 | JULIA | SHAVER | White | F | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $30,000.00 | 1/12/98 | ANDREW | DRAUGLIS | White | M | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $31,200.00 | 7/28/97 | ARDIS | SEMPTIMPHELTER | White | F | 2 | ADMINISTRATOR |
| 420/30 | Operations Team Member Level 1 | NonMin | $33,000.00 | 3/16/98 | KELLY | SWANEY | White | F | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $35,366.00 | 7/15/96 | ANTHONY | FARNUM | White | M | 2 | SECURITY ADMINISTRATOR |
| 420/30 | Operations Team Member Level 1 | NonMin | $36,200.00 | 1/27/97 | WENDY | WILLIAMSON | White | F | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $36,240.00 | 12/23/96 | KARIN | HOEFFERLE | White | F | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $37,280.00 | 6/3/96 | KIMBERLY | GREEN | White | F | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $37,800.00 | 7/14/97 | GEORGE | TSIARAS | White | M | 2 | ADMINISTRATOR |
| 420/30 | Operations Team Member Level 1 | NonMin | $39,000.00 | 4/24/97 | PAMELA | DONOVAN | White | F | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $39,140.00 | 10/20/97 | KATHLEEN | MERGOTT | White | F | 5 | ADMINISTRATOR |
| 420/30 | Operations Team Member Level 1 | NonMin | $39,520.00 | 3/3/97 | WILLIAM | FEICK JR | White | M | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $39,750.00 | 3/13/95 | KAREN | O DONNELL | White | F | 2 | MUTUAL FUND ANALYST |
| 420/30 | Operations Team Member Level 1 | NonMin | $40,000.00 | 7/29/96 | GERALD | KESZCZYK | White | M | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $41,000.00 | 5/16/94 | SEAN | FLANAGAN | White | M | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $41,200.00 | 5/28/97 | CHARLES | FOX | White | M | 2 | BENEFIT SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $43,680.00 | 4/21/97 | EILEEN | CURTIN | White | F | 2 | CLIENT ADMINISTRATOR |
| 420/30 | Operations Team Member Level 1 | NonMin | $44,000.00 | 3/25/96 | ANTHONY | DIGIROLOMO | White | M | 2 | SECURITIES SPECIALIST |
| 420/30 | Operations Team Member Level 1 | NonMin | $45,760.00 | 9/19/94 | KATHLEEN | BROWN | White | F | 2 | TRUST ACCT ADMINISTRATOR |
| 420/30 | Operations Team Member Level 1 | NonMin | $47,250.00 | 5/19/97 | ANTONIO | NAPOLITANO | White | M | 2 | ADMINISTRATOR |
| 420/30 | Operations Team Member Level 1 | NonMin | $48,000.00 | 4/19/93 | ROBERT | PRICE | White | M | 2 | SECURITIES ADMINISTRATOR |
| 420/30 | Operations Team Member Level 1 | NonMin | $54,080.00 | 1/25/94 | JACQUELINE | ESPOSITO | White | F | 2 | MUTUAL FUND ADMINISTRATOR |
| 420/30 | Operations Team Member Level 1 | NonMin | $68,640.00 | 5/4/81 | CAROL | GOLDBACH | White | F | 2 | SERVICE ASSOCIATE |
| 420/30 | Operations Team Member Level 1 | NonMin | $69,160.00 | 3/31/97 | ROSEMARIE | BELFIORE | White | F | 2 | BENEFITS SPECIALIST |
| | | NonMin Average | $41,969.42 | 12/30/95 | | | | | | |
| 460/40 | Product Team Member Level 1 | Min | $40,425.00 | 7/31/95 | KINA | GUYTON | Black | F | 2 | UNDERGRADUATE NEW HIRE |
| | | Min Average | $40,425.00 | 7/31/95 | | | | | | |
| 460/40 | Product Team Member Level 1 | NonMin | $35,000.00 | 9/1/97 | ERIN | BROOKS | White | F | 2 | SALES SUPPORT |
| 460/40 | Product Team Member Level 1 | NonMin | $43,000.00 | 5/28/98 | WENDY | MORRIS | White | F | 2 | PROJECT MANAGER |
| | | NonMin Average | $39,000.00 | 1/13/98 | | | | | | |


PLAINTIFF'S EXHIBIT

P 00324

ATTORNEY-CLIENT PRIVILEGED
SEI Investments, Inc.

Compensation Analysis Detail
Average Salary and Years at Company By Market/Group and Job Code
Minority v NonMinority

Page 5 of 7

| Market/Group | Job Code | Min/NonMin | Base+Draw (Annual) | Hire Date | First Name | Last Name | Race | Sex | New EEO | Old Position |
|---|---|---|---|---|---|---|---|---|---|---|
| 600/40 | Operations Team Member Level 1 | Min | $44,100.00 | 9/28/81 | JAMES | SCOTT III | Black | M | 3 | SUPPORT CENTER ANALYST |
| | | Min Average | $44,100.00 | 9/28/81 | | | | | | |
| 600/40 | Operations Team Member Level 1 | NonMin | $42,000.00 | 2/2/98 | FAITH | PALMER | White | F | 3 | SUPPORT CENTER ANALYST |
| 600/40 | Operations Team Member Level 1 | NonMin | $42,500.00 | 5/1/96 | ROSARIO | MAUGERI | White | M | 3 | SUPPORT CENTER ANALYST |
| 600/40 | Operations Team Member Level 1 | NonMin | $43,500.00 | 3/2/81 | SAMUEL | HESS | White | M | 3 | SR. SECURITY ADMINISTRATOR |
| 600/40 | Operations Team Member Level 1 | NonMin | $44,100.00 | 6/5/95 | RALPH | STEELE | White | M | 3 | SUPPORT CENTER ANALYST |
| 600/40 | Operations Team Member Level 1 | NonMin | $45,240.00 | 6/2/97 | ANNE | HOGAN | White | F | 3 | CLIENT SUPPORT ANALYST I |
| 600/40 | Operations Team Member Level 1 | NonMin | $48,200.00 | 3/15/78 | JOSEPH | WEBER | White | M | 3 | SERVICE SPECIALIST |
| 600/40 | Operations Team Member Level 1 | NonMin | $54,000.00 | 4/29/85 | RICHARD | EBBERT JR | White | M | 3 | SUPPORT CENTER ANALYST |
| 600/40 | Operations Team Member Level 1 | NonMin | $67,800.00 | 7/28/97 | JOSEPH | HORVATH | White | M | 3 | SR. TECHNICAL SPECIALIST |
| | | NonMin Average | $48,417.50 | 3/11/91 | | | | | | |
| 680/20 | Operations Team Member Level 1 | Min | $23,500.00 | 5/18/98 | WINSTON | MOSES | Black | M | 2 | SERVICE REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | Min | $23,500.00 | 6/1/98 | JAMES | THOMPSON | Black | M | 2 | SERVICE REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | Min | $24,403.00 | 12/1/97 | ROLAND | KING, JR | Black | M | 2 | INVESTOR SVCS. REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | Min | $27,794.00 | 4/22/96 | NICOA | WALLACE | Black | F | 2 | INVESTOR SVCS. REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | Min | $32,039.00 | 8/11/97 | JERRY | LEATH | Black | M | 2 | INFORMATION SUPPORT SPECIALIST |
| 680/20 | Operations Team Member Level 1 | Min | $34,000.00 | 11/20/95 | CYNTHIA | BROWN | Black | F | 2 | SUPERVISOR |
| | | Min Average | $27,539.33 | 6/2/97 | | | | | | |
| 680/20 | Operations Team Member Level 1 | NonMin | $23,500.00 | 6/1/98 | ALISON | HESS | White | F | 2 | SERVICE REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $23,500.00 | 4/13/98 | ERIC | BLAKEMORE | White | M | 2 | SERVICE REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $23,500.00 | 6/8/98 | ROBERT | GORMLEY | White | M | 2 | INVESTOR SVCS. REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $24,317.00 | 3/23/98 | BARBARA | WING | White | F | 2 | INVESTOR SVCS. REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $25,244.00 | 6/3/96 | JOAN | TRIFELETTI | White | F | 2 | CLERK |
| 680/20 | Operations Team Member Level 1 | NonMin | $25,725.00 | 12/29/97 | MARISA | ROWAN | White | F | 2 | BROKER/DEALER SUPT. REP. |
| 680/20 | Operations Team Member Level 1 | NonMin | $25,725.00 | 6/23/97 | ALEXANDRA | RUPNIK | White | F | 2 | INVESTOR SVCS. REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $25,850.00 | 4/13/98 | JENNIFER | HARRIS | White | F | 2 | SERVICE REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $25,928.00 | 2/23/98 | RICHARD | WIEDL | White | M | 2 | SERVICE REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $26,000.00 | 6/30/98 | JONATHAN | BERNABEI | White | M | 2 | SERVICE REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $26,843.00 | 2/9/98 | PATRICK | MC MENAMIN | White | M | 2 | INVESTOR SVCS. REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $27,000.00 | 7/28/97 | PETER | BEDNAREK | White | M | 2 | INVESTOR SVCS. REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $28,016.00 | 9/29/97 | MICHAEL | HOWARD | White | M | 2 | SERVICE REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $28,376.00 | 1/27/97 | JOHN | WESOLOWSKY | White | M | 2 | INVESTOR SVCS. REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $29,464.00 | 7/17/95 | FRANCES | HATTON | White | F | 2 | INVESTOR SVCS. REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $30,077.00 | 4/13/92 | GERTRUDE | HAHN | White | F | 2 | MUTUAL FUND ADMINISTRATOR |
| 680/20 | Operations Team Member Level 1 | NonMin | $30,495.00 | 3/24/97 | ELIZABETH | WISSER | White | F | 2 | SHAREHOLDER COMPLIANCE REP |
| 680/20 | Operations Team Member Level 1 | NonMin | $30,630.00 | 10/2/96 | CLARISSA | MEDEIROS | White | F | 2 | SUPERVISOR |
| 680/20 | Operations Team Member Level 1 | NonMin | $31,600.00 | 11/23/96 | MARLENA | HELLER | White | F | 2 | MANAGER |
| 680/20 | Operations Team Member Level 1 | NonMin | $32,000.00 | 6/27/96 | MELANIE | BAYICH | White | F | 2 | INVESTOR SVCS. REPRESENTATIVE |
| 680/20 | Operations Team Member Level 1 | NonMin | $32,000.00 | 12/30/96 | ERIC | KRATZINGER | White | M | 2 | SERVICE REPRESENTATIVE |


PLAINTIFF'S EXHIBIT 21(a)

ATTORNEY-CLIENT PRIVILEGED
SEI Investments, Inc.

Compensation Analysis Detail
Average Salary and Years at Company By Market/Group and Job Code
Minority v NonMinority

Page 6 of 7

| Market/Gro up | Job Code | Min/NonMin | Base+Draw (Annual) | Hire Date | First Name | Last Name | Race | Sex | New EEO | Old Position |
|---|---|---|---|---|---|---|---|---|---|---|
| 680/20 | Operations Team Member Level 1 | NonMin | $32,100.00 | 6/27/94 | DINA | ROMEO | White | F | 2 | PROJECT LEADER |
| 680/20 | Operations Team Member Level 1 | NonMin | $32,774.00 | 8/14/95 | CHRISTINE | CROMER | White | F | 2 | SUPERVISOR |
| 680/20 | Operations Team Member Level 1 | NonMin | $33,328.00 | 9/22/97 | KYLE | KOEHLER | White | M | 2 | SUPERVISOR (E) |
| 680/20 | Operations Team Member Level 1 | NonMin | $34,280.00 | 11/3/86 | DEBORAH | GENTILINI | White | F | 2 | SUPERVISOR |
| 680/20 | Operations Team Member Level 1 | NonMin | $38,000.00 | 9/4/96 | SHARON | AUGUSTERFER | White | F | 2 | SUPERVISOR |
| 680/20 | Operations Team Member Level 1 | NonMin | $41,685.00 | 6/14/93 | KAREN | NOYLE | White | F | 2 | SUPERVISOR |
| 680/20 | Operations Team Member Level 1 | NonMin | $43,990.00 | 2/1/94 | PATRICIA | REILLY | White | F | 2 | SUPERVISOR |
| 680/20 | Operations Team Member Level 1 | NonMin | $48,000.00 | 4/24/95 | COLEEN | MOSES | White | F | 2 | OPERATIONS MANAGER |
| 680/20 | Operations Team Member Level 1 | NonMin | $48,000.00 | 7/16/91 | BRIDGET | O'NEILL | White | F | 2 | MANAGER |
| 680/20 | Operations Team Member Level 1 | NonMin | $48,000.00 | 12/4/95 | JOHN | CRONIN | White | M | 2 | IW SUPERVISOR |
| 680/20 | Operations Team Member Level 1 | NonMin | $60,000.00 | 4/21/97 | WILLIAM | LYNN | White | M | 2 | BROKER/DEALER SUPT. REP. |
| | | NonMin Average | $32,998.34 | 3/7/96 | | | | | | |
| 750/10 | Product Team Member Level 1 | Min | $43,000.00 | 11/26/96 | LAWRENCE | CHANG | Asian | M | 2 | ASSOCIATE |
| | | Min Average | $43,000.00 | 11/26/96 | | | | | | |
| 750/10 | Product Team Member Level 1 | NonMin | $33,000.00 | 5/10/95 | JOHN | DIEDERICH | White | M | 5 | ASSOCIATE |
| 750/10 | Product Team Member Level 1 | NonMin | $35,000.00 | 7/28/97 | ROBERT | GREENIP | White | M | 2 | ASSOCIATE |
| 750/10 | Product Team Member Level 1 | NonMin | $43,000.00 | 7/29/96 | KAREN | PALLEN | White | F | 2 | ASSOCIATE |
| 750/10 | Product Team Member Level 1 | NonMin | $43,000.00 | 4/26/94 | ROBERT | MC CARTHY | White | M | 2 | INVESTMENT ANALYST TRADER |
| 750/10 | Product Team Member Level 1 | NonMin | $43,000.00 | 7/29/96 | ERIC | HOERDEMANN | White | M | 2 | ASSOCIATE |
| 750/10 | Product Team Member Level 1 | NonMin | $46,000.00 | 7/31/95 | JOHN | GARDNER | White | M | 2 | UNDERGRADUATE NEW HIRE |
| 750/10 | Product Team Member Level 1 | NonMin | $48,000.00 | 7/11/94 | JOHN | DESSAUER | White | M | 2 | ASSOCIATE |
| 750/10 | Product Team Member Level 1 | NonMin | $52,000.00 | 7/11/94 | MARK | MC CARRON | White | M | 2 | ASSOCIATE |
| 750/10 | Product Team Member Level 1 | NonMin | $52,000.00 | 11/1/94 | JAMES | MARTIELLI | White | M | 2 | ASSOCIATE |
| 750/10 | Product Team Member Level 1 | NonMin | $55,000.00 | 6/16/97 | DAMIAN | HARRIS | White | M | 2 | SR INVESTMENT ANALYST |
| 750/10 | Product Team Member Level 1 | NonMin | $71,550.00 | 3/2/92 | KATHLEEN | OLDFIELD | White | F | 2 | PRODUCT SPECIALIST |
| 750/10 | Product Team Member Level 1 | NonMin | $76,550.00 | 4/20/92 | TODD | WALKLETT | White | M | 2 | INVESTMENT PRODUCT ANALYST |
| 750/10 | Product Team Member Level 1 | NonMin | $76,550.00 | 7/12/93 | CHRISTOPER | VELLA | White | M | 2 | ASSOCIATE |
| 750/10 | Product Team Member Level 1 | NonMin | $78,250.00 | 8/19/91 | JOHN | MC CUE | White | M | 2 | SR. PRODUCT SUPPORT ANALYST |
| | | NonMin Average | $53,778.57 | 10/4/94 | | | | | | |
| 750/10 | Product Team Member Level 2 | Min | $45,000.00 | 6/12/98 | RAJAT | BABBAR | Other | M | 2 | INVESTMENT ANALYST |
| | | Min Average | $45,000.00 | 6/12/98 | | | | | | |
| 750/10 | Product Team Member Level 2 | NonMin | $83,250.00 | 4/9/97 | JOHN | DELANEY | White | M | 2 | SENIOR INVESTMENT ANALYST |
| 750/10 | Product Team Member Level 2 | NonMin | $96,500.00 | 3/4/96 | MICHAEL | HOGAN | White | M | 2 | SR. INVESTMENT ANALYST |
| 750/10 | Product Team Member Level 2 | NonMin | $96,500.00 | 6/15/92 | JOHN | ROSENBERGER | White | M | 2 | PERFORMANCE ANALYST |
| 750/10 | Product Team Member Level 2 | NonMin | $96,500.00 | 7/13/92 | GREGORY | STAHL | White | M | 2 | INVESTMENT PRODUCT ANALYST |
| 750/10 | Product Team Member Level 2 | NonMin | $96,500.00 | 8/10/92 | PHILIP | WAGNER | White | M | 2 | INVESTMENT PRODUCT MANAGER |



PLAINTIFF'S EXHIBIT 68(62)

ATTORNEY-CLIENT PRIVILEGED
SEI Investments, Inc.

Compensation Analysis Detail
Average Salary and Years at Company By Market/Group and Job Code
Minority v NonMinority

Page 7 of 7

| Market/Group | Job Code | Base+Draw (Annual) | Min/NonMin | Hire Date | First Name | Last Name | Race | Sex | New EEO | Old Position |
|---|---|---|---|---|---|---|---|---|---|---|
| 750/10 up | Product Team Member Level 2 | $118,200.00 | NonMin | 2/9/98 | ANTONIO | TAN-TORRES | White | M | 2 | INVESTMENT ANALYST |
| | | $97,908.33 | NonMin Average | 11/9/94 | | | | | | |



P 00327