IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| S. COURTNEY E. COLLIER | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 02-CV-3574 |
| | : | |
| SEI INVESTMENTS COMPANY, TODD CIPPERMAN, EDWARD LOUGHLIN, RICHARD LIEB, KEVIN JOHNSTON, KEVIN ROBINS and MARK NAGLE | : | |

## ORDER

AND NOW, this 26th day of June, 2003, it is **ORDERED** that the parties, through counsel, shall appear on **July 1, 2003 at 4:00 p.m. in Courtroom 15B**, for oral argument on the defendant's motion for summary judgment.

The parties shall be prepared to address the following issues:

(1) Whether there is any direct evidence of a nexus between plaintiff's complaints of discrimination in June/July 2000 and her termination as a result of a reduction-in-force on or about April 25, 2002 from which a reasonable fact finder could infer retaliatory motive;

(2) Whether the plaintiff can produce any evidence of discriminatory conduct (based on either gender or race) during her tenure at SEI, excluding the period from January through July, 2000;

(3) Whether any reasonable person could infer racial or gender-based discrimination from the complaints listed in the plaintiff's summary to Richard Lieb of July 22, 2000 (Exhibit "N" attached to Plaintiff's Counter-Statement of Undisputed Facts in Opposition to Defendants' Motion for Summary Judgment);

(4) The particular acts of each of the individual defendants which constitute aiding and abetting SEI in its alleged gender and race-based discriminatory practices;

(5) What evidence supports plaintiff's contention that SEI's failure to provide her with stock options and to invite her to President's Club was discriminatory based upon her race and/or gender; and,

(6) Whether the plaintiff was more qualified than Alice Lindenauer for the position of Director of Workforce Development

**IT IS FURTHER ORDERED** that the final pretrial conference shall be held immediately following oral argument.

```
                                              _____
                                              TIMOTHY J. SAVAGE, J.
```