**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **S. COURTNEY E. COLLIER** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | **NO. 02-CV-3574** |
| **vs.** | : | |
| | : | |
| **SEI INVESTMENTS COMPANY, TODD** | : | |
| **CIPPERMAN, EDWARD LOUGHLIN,** | : | |
| **RICHARD LIEB, KEVIN JOHNSTON,** | : | |
| **KEVIN ROBINS and MARK NAGEL** | : | |
| **Defendant** | : | |

**ORDER**

AND NOW, this 30th day of June, 2003, upon consideration of the Defendants'

Motion in *Limine* (Docket No. 25) and the Plaintiff's response, it is **ORDERED** that the

motion is **DENIED AS MOOT.**


_____
TIMOTHY J. SAVAGE, J.