**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **S. COURTNEY E. COLLIER** | : | **CIVIL ACTION** |
| **Plaintiff** | : | |
| | : | **NO. 02-CV-3574** |
| **vs.** | : | |
| | : | |
| **SEI INVESTMENTS COMPANY, TODD** | : | |
| **CIPPERMAN, EDWARD LOUGHLIN,** | : | |
| **RICHARD LIEB, KEVIN JOHNSTON,** | : | |
| **KEVIN ROBINS and MARK NAGEL** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 30th day of June, 2003, upon consideration of the Defendants'

Motion for Summary Judgment (Docket No. 19), the Defendants' Statement of

Undisputed Facts, the Plaintiff's Response to the Motion for Summary Judgment, and

the Plaintiff's Statement of Disputed Facts and Additional Facts that Preclude Summary

Judgment, it is **ORDERED** that the motion is **DENIED AS MOOT.**


_____
TIMOTHY J. SAVAGE, J.